UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERAJE J. SMITH,<br><br>                        Movant,<br><br>     -against-<br><br>UNITED STATES OF AMERICA,<br><br>                        Respondent. | 7:24-CV-3693 (CS)<br><br>7:20-CR-164 (CS)<br><br>ORDER TO ANSWER, 28 U.S.C. § 2255 |

CATHY SEIBEL, United States District Judge:

      The Court hereby ORDERS that:

      Movant's letter filed April 17, 2023 (ECF No. 23 in 20-CR-164), and his letter motion filed May 8, 2024 (ECF No. 24 in 20-CR-164), together are deemed to be the operative Section 2255 motion. The Court directs the Clerk of Court to file a copy of the April 17, 2023 letter motion (ECF No. 23 in 20-CR-164) in the civil action, ECF 7:24-CV-3693 (CS). The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has issued.

      Within 60 days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleading in response to the motion. Movant shall have 30 days from the date on which Movant is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date. All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

Dated:   May 20, 2024
             White Plains, New York

                                                                           *Cathy Seibel*
                                                         CATHY SEIBEL
                                         United States District Judge